UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Eastern District of Kentucky
FILED

FEB 20 2020

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Civil Action No. 18-114-HRW

SHEILA J. RATLIFF,                                      PLAINTIFF,

v.                              **JUDGMENT**

**ANDREW SAUL,**
**COMMISSIONER OF SOCIAL SECURITY,**                    **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A. pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B. the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C. this action is **STRICKEN** from the active docket of the Court.

This 20th day of February, 2020.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge